# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Don William Herrod,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>Commissioner of Social Security Administration,<br><br>　　　　　Defendant. | No. CV-19-00001-TUC-RCC<br><br>**ORDER** |

　　　　IT IS ORDERED a hearing is set for the Consent Motion to Substitute Patricia Flores as Plaintiff Pursuant to Fed.R.Civ.P. 25 (Doc. 38) on Monday, August 26, 2019, at 9:30 a.m. in Courtroom 5D of the Evo A. DeConcini United States Courthouse, 405 W. Congress Street, Tucson, Arizona 85701.

　　　　Dated this 31st day of July, 2019.

　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　Honorable Raner C. Collins
　　　　　　　　　　　　　　　　　　　　　　　　　Senior United States District Judge